United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARLA MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01719 |
| | § | |
| SPRINGSTONE, INC. | § | |
| and | § | |
| CARROLLTON SPRINGS, LLC | § | |
| and | § | |
| MESA SPRINGS, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court is the Joint Motion for Order Approving Fair Labor Standards Act Collective Action settlement pursuant t to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was provided to the Court, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiff and those individuals who will elected to participate in this case as opt-in plaintiffs, as identified by name on Appendix 1 to the Settlement Agreement) and the Defendants Carrollton Springs, LLC, Mesa Springs, LLC, Rock Springs, LLC, Westpark Springs, LLC, and Woodland Springs, LLC, that the Attorney's Fees and Expenses Payment requested in the Motion are reasonable, that the Incentive Payment requested in the Motion is reasonable, and that the settlement of the claims as to the Class Members according to the procedure set forth in the Settlement Agreement is therefore approved. The Parties shall

administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

It is so ORDERED.

SIGNED on this 29th day of April, 2021.

_____
Kenneth M. Hoyt
United States District Judge