United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KARLA MUNOZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-01719 |
| § | |
| SPRINGSTONE, INC. § | |
| and § | |
| CARROLLTON SPRINGS, LLC § | |
| and § | |
| MESA SPRINGS, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the parties' joint motion to dismiss with prejudice (Dkt. No. 38), the Court finds it should be granted and orders as follows:

It is, therefore, ORDERED that the parties' joint motion to dismiss with prejudice be, and it is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED AND DECREED, that the above captioned and numbered cause be, and hereby is dismissed with prejudice to re-filing in any form. Costs of court are hereby taxed against the party incurring same.

It is so ORDERED.

SIGNED on this 7th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge